UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CONSTANCE SMITH**                                                                                        **PLAINTIFF**

**v.**                                  **CASE NO. 4:08-CV-00097 BSM**

**USABLE LIFE**                                                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the order of this date, granting defendant's motion for summary judgment, plaintiff's complaint must be dismissed with prejudice against defendant.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of defendant and against plaintiff.

IT IS FURTHER ORDERED that the complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED THIS 21st day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE